454 A.2d 162

Commonwealth v. Demby, Appellant.

Submitted March 29, 1982. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The judgments of sentence are affirmed.